IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE CHIODO<br><br>Plaintiff<br><br>v.<br><br>AETNA LIFE INSURNACE COMPANY<br><br>Defendant | CIVIL ACTION<br>NO. 14-02270 |

## ORDER

**AND NOW**, this 6th day of April, 2015, upon consideration of the parties' cross-motions for summary judgement (Doc. Nos. 10, 11) and all memoranda submitted in support of or in opposition to those motions, it is **ORDERED** that:

1. Defendant Aetna Life Insurance Company's motion (Doc. No. 11) is **GRANTED**;

2. Plaintiff Salvatore Chiodo's motion (Doc. No. 10) is **DENIED**;

3. Judgement is entered in favor of Defendant Aetna Life Insurance Company and against Plaintiff Salvatore Chiodo.

BY THE COURT:

/*s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.